FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 02 2012

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JANET BUCK                                                                PLAINTIFF

vs.        No. 3:12-cv-00250 JLH/HDY

This case assigned to District Judge Holmes
and to Magistrate Judge Young

BAPTIST MEMORIAL HEALTHCARE
CORPORATION d/b/a NEA BAPTIST
MEMORIAL HOSPITAL, JOHN DOE I
and JOHN DOE II                                                           DEFENDANTS

## COMPLAINT

Comes the plaintiff, Janet Buck, and for her cause of action against the defendant, Baptist Memorial Healthcare Corporation d/b/a NEA Baptist Memorial Hospital, alleges and states as follows:

1. That plaintiff is a citizen of the United States and a resident of Jonesboro, Craighead County, Arkansas; Baptist Memorial Healthcare Corporation is a foreign, non-profit corporation reportedly incorporated in the State of Tennessee with its foreign address as 899 Madison Avenue, Memphis, Tennessee 38146 and its agent for service being CT Corporation, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201. The incident occurred in Jonesboro, Arkansas on March 15, 2011.

2. That John Doe I and John Doe II may be individuals or entities involved with the medical care and treatment described herein.

3. That the amount in controversy exceeds, exclusive of interest and costs, the sum of Seventy-five Thousand Dollars ($75,000.00), and complete diversity of citizenship exists among the parties to vest jurisdiction in this Court pursuant to 28 U.S.C. § 1332.

4. That Janet Buck came under the medical care of Henry Stroope, M.D., an orthopedic surgeon in Jonesboro, Arkansas, and in March 2011, after he diagnosed osteoarthritis of her right knee, Dr. Stroope did a total knee replacement arthroplasty of Janet Buck's right knee on March 15, 2011. The procedure was performed at Jonesboro Surgical Hospital which is reportedly owned and operated by NEA Baptist Memorial Hospital-Jonesboro, a subsidiary, which is owned by Baptist Memorial Healthcare Corporation.

5. That in the course of giving his post-op orders, Dr. Stroope ordered a continuous passive motion device (CPM) to be applied to Janet Buck's right knee after surgery. Upon being awakened from anesthesia, Janet Buck had right knee pain and subsequently had lack of movement and feeling in her right foot. She was diagnosed as having what is known as a "foot drop" condition. After Dr. Stroope examined the foot drop condition and its weakness, he determined that the foot drop on the right side was due to the CPM device being too small for Janet Buck's leg and it was putting pressure on the peritoneal nerve of her leg resulting in her right foot drop. Further examinations which followed determined that there was a weakness in her right foot, her toes were cool and discolored and her right foot could not move normally. Due to Janet Buck not having movement in her right foot, Dr. Stroope gave orders for her to be fit with an AFO to assist in ambulation due to the foot drop condition.

6. The employees of defendant were responsible for applying the CPM device to Janet Buck's right knee and to do so in a proper manner. The device had to be large enough to adequately fit her right knee so as not to put pressure on the peritoneal nerve and the hospital employees, included John Doe I and John Doe II, failed to do so and this was a violation of the standard of care expected, required and demanded in the application of a CPM device to a patient's knee.

7. That the negligent acts of said defendant's employees, include, but are not limited to, the following:

(a) Failing to properly fit plaintiff's right leg with a CPM device;

(b) Failing to properly measure the size of plaintiff's right knee;

(c) Failing to properly measure the size of the CPM device;

(d) Failing to place a proper size CPM device to plaintiff's right knee; and,

(e) By allowing the CPM device to place pressure on the peritoneal nerve of plaintiff's right leg.

Each of the foregoing acts were failures to adhere to the standard of care and constituted negligence and each was a proximate cause of the injuries suffered by Janet Buck and the damages sustained by her.

8. That as a result of the foot drop, Janet Buck has had severe, permanent impairment of the movement of her right foot in hypersensitivity from her calf and leg to her toes with constant swelling of her right leg from the calf to the toes with any touching being very painful. In addition, she has no grip in the toes of her right foot, difficulty in walking, especially in an attempt to walk up or down stairs and other activities requiring the foot to be in significant various walking conditions. This permanent damage and impairment will continue throughout Janet Buck's lifetime and would not have occurred if the CPM device had been properly placed upon Janet Buck's right knee as ordered by Dr. Stroope.

9. That Janet Buck was admitted to defendant's hospital, with the express representation that said hospital would provide to her "high-quality care". Defendant hospital failed to fulfill its specific representation to its patient by providing substandard negligent care and breaching its express promise and representation to plaintiff.

10. That as a proximate result of the negligence of the employees of defendant and the injuries aforesaid, plaintiffs should have and recover from said defendant damages in an amount in excess of that required for federal court jurisdiction in diversity cases.

11. Plaintiff requests trial by jury.

THEREFORE, plaintiff, Janet Buck, requests judgment against defendant, Baptist Memorial Healthcare Corporation, for a sum in excess of that required for federal court jurisdiction as compensatory damages for her personal injuries, disability, present and future pain and suffering, medical and related expenses, loss of household services, and, for her costs and all other relief to which she may be entitled.

Troy Henry
Arkansas Bar No.: 69031
**HENRY LAW FIRM, PLC**
630 South Main
Jonesboro, AR 72401
Telephone: (870) 932-4522
E-mail: info@hhtlawfirm.com

By: *Troy Henry*
Attorneys for Plaintiff

TH:cs