# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JANET BUCK                                                                               PLAINTIFF

v.                          No. 3:12CV00250 JLH

BAPTIST MEMORIAL HEALTHCARE
CORPORATION, d/b/a NEA BAPTIST
MEMORIAL HOSPITAL;
and JOHN DOES I-III                                    DEFENDANTS

## ORDER

Janet Buck's second motion to amend the complaint is GRANTED. Document #21. Buck must file her amended complaint within seven days from the entry of this Order. The defendants' motion to dismiss is denied as moot. Document #12.

IT IS SO ORDERED this 7th day of June, 2013.

                                                      _____
                                                      J. LEON HOLMES
                                                      UNITED STATES DISTRICT JUDGE