**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JANET BUCK                                                                                              PLAINTIFF

v.                                      No. 3:12CV00250 JLH

BAPTIST MEMORIAL HEALTHCARE
CORPORATION d/b/a NEA BAPTIST
MEMORIAL HOSPITAL; JOHN DOE I;
and JOHN DOE II                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Janet Buck. Janet Buck's complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE